IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dwight A. Johnson,
    Petitioner,

v().    Case No. 2:09-cv-369

Lebanon Correctional Institution,    Judge Michael H. Watson
    Respondent.    Magistrate Judge Kemp

### OPINION AND ORDER

On May 10, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations under 28 U.S.C. §2244(d). Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

*/s/ Michael H. Watson*
Michael H. Watson, Judge
United States District Court